NEW YORK EXPANDED METAL CO., Respondent, v. FIDELITY & DEPOSIT CO. OF MARYLAND, Appellant. (Supreme Court, Appellate Division, First Department. April 7, 1905.) Action by the New York Expanded Metal Company against the Fidelity & Deposit Company of Maryland. E. F. Clark, for appellant. I. C. Wait, for respondent. No opinion. Judgment reversed, and complaint dismissed, with costs, on authority of Bossert v. Fox, 89 App. Div. 7, 85 N. Y. Supp. 308.

NORMAN, Appellant, v. LOOMIS–MANNING FILTER CO., Respondent. (Supreme Court, Appellate Division, Second Department. April 21, 1905.) Action by F. Stout Norman against the Loomis-Manning Filter Company. No opinion. Order affirmed, with $10 costs and disbursements.

NORRIS, Respondent, v. NORRIS, Appellant. (Supreme Court, Appellate Division, Third Department. May 9, 1905.) Action by Mary D. Norris against John P. Norris. No opinion. Order affirmed, with $10 costs and disbursements.

NUNNALLY, Respondent, v. NEW YORK HERALD CO. et al., Appellants (two cases). (Supreme Court, Appellate Division, Second Department. April 28, 1905.) Action by Florence Nunnally against the New York Herald Company and James G. Bennett. No opinion. Motion granted, without costs.

O'BRIEN, Respondent, v. CITY OF NEW YORK, Appellant. (Supreme Court, Appellate Division, Second Department. April 21, 1905.) Action by Sarah O'Brien against the city of New York. No opinion. Judgment and order unanimously affirmed, with costs.

O'BRIEN v. D. S. MORGAN & CO. (Supreme Court, Appellate Division, Fourth Department. May 10, 1905.) Action by Michael J. O'Brien against D. S. Morgan & Co. No opinion. Motion for reargument denied, with $10 costs and disbursements. Motion for leave to appeal to the Court of Appeals denied.

O'CONNOR, Respondent, v. VIRGINIA PASSENGER & POWER CO. et al., Appellants. (Supreme Court, Appellate Division, Third Department. May 10, 1905.) Action by Thomas O'Connor against the Virginia Passenger & Power Company, the Atlantic Development Company, Frank Jay Gould, and Helen Miller Gould. No opinion. Motion denied, and case not permitted to be moved by the respondent before Wednesday, May 17, 1905.

In re OILER. (Supreme Court, Appellate Division, Second Department. May 12, 1905.) In the matter of the application of Fred D. Oiler for admission to the bar. No opinion. Application granted.

O'KEEFE, Appellant, v. HINSDALE, Respondent. (Supreme Court Appellate Division, Fourth Department. May 3, 1905.) Action by Frank D. O'Keefe against Ira C. Hinsdale. PER CURIAM. Judgment and order affirmed, with costs.

HISCOCK, J., dissents, on the ground that upon the evidence a question of fact was presented as to the item of $110 paid by plaintiff for real estate, which should have been submitted to the jury.

O'SHAUGHNESSY, Respondent, v. ÆTNA LIFE INS. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. May 3, 1905.) Action by Margaret O'Shaughnessy against the Ætna Life Insurance Company. No opinion. Judgment and order affirmed, with costs.

OTIS, Respondent, v. PORTER, Appellant, et al. (Supreme Court, Appellate Division, Fourth Department. May 3, 1905.) Action by George A. Otis against John B. Porter, impleaded with Alonzo McDonald and another. No opinion. Judgment and order reversed, and new trial ordered, with costs to the appellant to abide event. *Held*, that the verdict was contrary to and against the weight of the evidence.

In re PALMER. (Supreme Court, Appellate Division, Third Department. May 3, 1905.) In the matter of the application of James Palmer for admission as attorney and counselor at law. No opinion. Motion granted.